UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24cv08443 DDP (SSCx)                                          Date: March 6, 2025

Title   *238 SERRANO PROPERTIES, LLC; ET AL. v. THE STATE OF CALIFORNIA; ET AL.*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - MOTION TO REMAND THIS ACTION TO THE LOS ANGELES SUPERIOR COURT [28] (Filed November 12, 2024)

Plaintiffs' Motion to Remand (Dkt. 28) is DENIED. Plaintiffs do not appear to dispute that this Court has subject matter jurisdiction over claims raised in the Complaint, and have not identified any defect in the removal process. 28 U.S.C. §§ 1441, 1446, 1447(c). Plaintiffs have not cited to, nor is the court aware of, any authority for the proposition that remand is warranted by the existence of a related state-court case that (1) does not involve all of the same parties and (2) has not proceeded to final judgment.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |