JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 238 SERRANO PROPERTIES LLC et al., | Case No. 2:24-cv-08443-SSS-SSCx *Honorable Sunshine S. Sykes* |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| THE STATE OF CALIFORNIA et al., | |
| Defendants. | |

On September 22, 2025, the Court issued its Order (Dkt. No. 79) granting the motions to dismiss by Defendants the State of California (Dkt. No. 53); County of Los Angeles (Dkt. No. 45); County of Ventura (Dkt. 42); County of Santa Barbara (Dkt. 47); City of Los Angeles (Dkt. No. 40); City of Beverly Hills (Dkt. No. 52); City of West Hollywood (Dkt. No. 55); and City of Oxnard (Dkt. No 49).

///

///

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' action is dismissed in its entirety and as against all Defendants according to the Court's September 22, 2025, Order. The Clerk of Court is directed to close the case.

Dated: September 29, 2025

_____
Honorable Sunshine S. Sykes
United States District Judge